**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**ANTONIO CARROTHERS**                                                                       **PLAINTIFF**

**v.**                                                                             **No. 4:23-cv-216-DAS**

**DISCIPLINARY HEARING OFFICE, et al.**                            **DEFENDANTS**

**ORDER OF DISMISSAL**

The court takes up, *sua sponte*, the dismissal of this cause. On January 27, 2025, the court entered an order requiring the plaintiff to show cause why the instant case should not be dismissed with prejudice for failure to state a claim upon which relief could be granted. The court cautioned the plaintiff that failure to comply with the order would result in the dismissal of this case without prejudice. Despite this warning, the plaintiff has failed to comply with the court's order, and the deadline for compliance passed on February 17, 2025. This case is therefore **DISMISSED** without prejudice for failure to prosecute and for failure to comply with an order of the court under Fed. R. Civ. P. 41(b).

**SO ORDERED**, this, the 24th day of February, 2025.

                                                          **s/ David A. Sanders**
                                                          **U.S. Magistrate Judge**